1
2
3
4

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

5
6
7
8
9
10

| Tinika Se'Cal Warren, | Case No. 2:25-cv-01875-GMN-DJA |
|---|---|
| Plaintiff, | |
| v. | **Order** |
| Nasir Jones, et al., | |
| Defendants. | |

11      Pro se Plaintiff Tinika Se'Cal Warren filed an application to proceed *in forma pauperis.*

12   (ECF No. 1).  However, Plaintiff's application is missing certain information.  The Court thus

13   denies Plaintiff's application without prejudice.

14   **I.      Discussion.**

15      Under 28 U.S.C. § 1915(a)(1), a plaintiff may bring a civil action "without prepayment of

16   fees or security therefor" if the plaintiff submits a financial affidavit that demonstrates the

17   plaintiff "is unable to pay such fees or give security therefor."  The Ninth Circuit has recognized

18   that "there is no formula set forth by statute, regulation, or case law to determine when someone

19   is poor enough to earn [*in forma pauperis*] status."  *Escobedo v. Applebees*, 787 F.3d 1226, 1235

20   (9th Cir. 2015).  An applicant need not be destitute to qualify for a waiver of costs and fees, but

21   he must demonstrate that because of his poverty he cannot pay those costs and still provide

22   himself with the necessities of life.  *Adkins v. E.I DuPont de Nemours & Co*., 335 U.S. 331, 339

23   (1948).

24      The applicant's affidavit must state the facts regarding the individual's poverty "with

25   some particularity, definiteness and certainty."  *United States v. McQuade*, 647 F.2d 938, 940

26   (9th Cir. 1981) (citation omitted).  If an individual is unable or unwilling to verify his or her

27   poverty, district courts have the discretion to make a factual inquiry into a plaintiff's financial

28   status and to deny a request to proceed *in forma pauperis*.  *See, e.g.*, *Marin v. Hahn*, 271

Fed.Appx. 578 (9th Cir. 2008) (finding that the district court did not abuse its discretion by denying the plaintiff's request to proceed *in forma pauperis* because he "failed to verify his poverty adequately"). "Such affidavit must include a complete statement of the plaintiff's personal assets." *Harper v. San Diego City Admin. Bldg*., No. 16-cv-00768 AJB (BLM), 2016 U.S. Dist. LEXIS 192145, at *1 (S.D. Cal. June 9, 2016). Misrepresentation of assets is sufficient grounds for denying an *in forma pauperis* application. *Cf. Kennedy v. Huibregtse*, 831 F.3d 441, 443-44 (7th Cir. 2016) (affirming dismissal with prejudice after litigant misrepresented assets on *in forma pauperis* application).

On her application, Plaintiff does not answer any questions other than stating that she makes no pay or wages in response to question 2 and that she receives no money from any source in response to question 3. Plaintiff has also failed to sign or date her application. Because Plaintiff's application is incomplete, the Court cannot determine whether Plaintiff qualifies for *in forma pauperis* status.

The Court will give Plaintiff one opportunity to file a complete *in forma pauperis* application. The Court further orders that Plaintiff may not respond with a zero or "not applicable" in response to any question without providing an explanation for each of the questions. Plaintiff also may not leave any questions blank. Plaintiff must describe each source of money that she receives, state the amount she received, and what she expects to receive in the future.

The Court denies Plaintiff's *in forma pauperis* application without prejudice. The Court gives Plaintiff 30 days to file an updated application. Plaintiff must fully answer all applicable questions and check all applicable boxes. Plaintiff may alternatively pay the filing fee in full. Since the Court denies Plaintiff's application, it does not screen the complaint at this time.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff has until **November 5, 2025** to file an updated application to proceed *in forma pauperis* as specified in this order or pay the filing fee.

Failure to timely comply with this order may result in a recommendation to the district judge that this case be dismissed.

  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and of the Short Form application to proceed *in forma pauperis* and its instructions.[1]


  DATED: October 6, 2025

              _____

              DANIEL J. ALBREGTS
              UNITED STATES MAGISTRATE JUDGE

---

[1] This form and its instructions can also be found at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.